UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY VANNI, | Case No. 25-cv-03233-SK |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ADAMS VEGETABLE OILS, INC., | |
| Defendant. | |

On June 26, 2025, the Court dismissed Plaintiff Ashley Vanni's complaint with prejudice. Pursuant to the Court's June 26, 2025 Order, the Court hereby ENTERS judgment in favor of Defendant Adams Vegetable Oils, Inc. and against Plaintiff Ashley Vanni. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED**.

Dated: June 30, 2025



SALLIE KIM
United States Magistrate Judge